# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ALLEN GINN,

           Petitioner

          v.

COURT OF COMMON PLEAS,
PHILADELPHIA COUNTY,

          Respondent

: No. 24 EM 2018

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.